**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| CAROL GAYLOR,<br>an individual, | ) | |
| | ) | |
| | ) | CASE NO.: 2:24-cv-00227-SCJ |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| DOLGENCORP, LLC, | ) | |
| a Kentucky Limited Liability Company, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice, each party to bear its respective fees and costs.

Dated: January 21, 2025

Respectfully submitted,                    Respectfully submitted,

1

**/s/ John A. Moore**
John A. Moore, Esq.
Georgia Bar No: 519792
The Moore Law Group, LLC
1745 Martin Luther King, Jr. Drive
Atlanta, Georgia 30314
Tel: (678) 288-5601
Fax: (888) 553-0071
jmoore@moorelawllc.com

*Attorney for Plaintiff*

**/s/ Elizabeth P. Redpath**
Elizabeth P. Redpath, Esq.
Georgia Bar No. 979358
McGuireWoods LLP
2601 Olive Street
Suite 2100
Dallas, TX 75201-2648
Tel: (214) 932-6472
Fax: (214) 273-7473
eredpath@mcguirewoods.com

*Attorney for Defendant*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/ John A. Moore
John A. Moore, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 21, 2025, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to all registered participants to the following:

2

Elizabeth P. Redpath, Esq.
McGuireWoods LLP
2601 Olive Street
Suite 2100
Dallas, TX 75201-2648
eredpath@mcguirewoods.com

/s/ John A. Moore
John A. Moore
Georgia Bar No. 519792
Counsel for Plaintiff
The Moore Law Group, LLC
1745 Martin Luther King Jr., Drive
Atlanta, Georgia 30314
Fax: (888) 553-0071
Tel: (678) 288-5601
jmoore@moorelawllc.com